

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HANEEF SAKIN NELSON  :
  Petitioner,  :
                                        :    CIVIL ACTION
v.  :    No. 14-1074
                                        :
THE LAW OFFICES OF  :
BARBARA FEIN, P.C., and  :
BARBARA FEIN, ESQ.  :
  Respondents.  :

## ORDER

AND NOW, this 23rd day of November, 2015, upon consideration of the *pro se* "Complaint for Damages" (paper no. 15) and the "Answer of Defendants to Plaintiff's 'Complaint for Damages' Filed June 12, 2014" (paper no. 18), and for the reasons set forth in the accompanying memorandum of today's date, it is **ORDERED** that:

1. The complaint is **DISMISSED**.
2. The clerk is directed to mark this case closed.

                                                                                                                  *Norma L. Shapiro*, J.

ENTERED

NOV 23 2015

CLERK OF COURT